**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH JONES,              )  | NO. ED CV 09-1294-E |
|             Plaintiff,      )  | |
|     v.                      )  | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER )  OF SOCIAL SECURITY ADMINISTRATION, ) | |
|             Defendant.      )  | |

   IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

   DATED:  January 11, 2010.

                          _____/S/_____
                                  CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE